NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SYNOPSYS, INC.,**

*Plaintiff-Appellant*

v.

**SIEMENS INDUSTRY SOFTWARE INC.,**

*Defendant-Appellee*

_____

2023-2440

_____

Appeal from the United States District Court for the Northern District of California in No. 3:20-cv-04151-WHO, Judge William H. Orrick, III.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2        SYNOPSYS, INC. V. SIEMENS INDUSTRY SOFTWARE INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 11, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 11, 2024